Case 2:25-cv-00388-JLR  Document 20  Filed 01/16/26  Page 1 of 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY KELLER, et al.,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>EL PIKETON LLC, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C25-0388JLR<br><br>ORDER |
| LINA POSADA, et al.,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>EL PIQUE NIGHTCLUB LLC, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C25-0461LR |

Before the court is a stipulated motion to consolidate filed by the plaintiffs and defendants in the above-captioned cases. (Stip. Mot. (Dkt. # 20).) The parties move to

ORDER - 1

1  consolidate *Keller v. El Piketon LLC*, No. C25-0388JLR (W.D. Wash.) with *Posada v. El*
2  *Pique Nightclub LLC*, No. C25-0461JLR (W.D. Wash.) and to treat the *Posada* matter as
3  the lead matter going forward. (*See generally id.*) The parties represent that both matters
4  involve common questions of law and fact. (*Id.* at 2.)
5      The court has reviewed the complaints in *Keller* and *Posada* and agrees that
6  consolidation is appropriate. Accordingly, the court GRANTS the parties' stipulated
7  motion (Dkt. # 20) and ORDERS that these matters shall be consolidated. Case number
8  C25-0461JLR shall remain open and be considered the lead case. Case number
9  C25-0388JLR shall be closed and the documents already filed in that matter shall be
10 considered part of the lead case's record. All future documents filed in connection with
11 these matters shall be filed in case number C25-0461JLR and shall bear the case number
12 C25-0461JLR. Furthermore, the court GRANTS the parties' request to have this matter
13 proceed under the case scheduling order entered in the *Posada* matter. (*See*
14 C25-0461JLR, Dkt. # 19.)
15     Dated this 16th day of January, 2026.

                                                    _____
                                                    JAMES L. ROBART
                                                    United States District Judge

ORDER - 2